## COMMANDER v. STATE.
### No. 21141.

Court of Criminal Appeals of Texas.

Oct. 16, 1940.

## RICH v. STATE.
### No. 21242.

Court of Criminal Appeals of Texas.

Oct. 23, 1940.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft, and the waiver of a trial by jury, the court assessed his penalty at a fine of $25 and confinement in the county jail for five days.